UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANTE J. CRAIG, | ) | No. CV 12-4260 DMG (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| SCOTT McEWEN, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 30, 2013

_____
DOLLY M. GEE
United States District Judge